IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 FEB -4  PM 12: 34
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| GARY KEITH MORRIS,<br>   PLAINTIFF,<br><br>V.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>   DEFENDANTS. | §<br>§<br>§<br>§<br>§   CAUSE NO. 1:18-CV-42-LY<br>§<br>§<br>§<br>§ |

## **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this same date, the court rendered an order dismissing this cause without prejudice. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that International Business Machines recover its costs of court from Gary Keith Morris.

SIGNED this __/s/__ day of February, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE